*E-Filed 8/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES INC., et al., | No. C 10-05303 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| MONSTER FUN JUMPS, et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 29, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 6, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/4/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-05303 RS
STANDBY ORDER TO SHOW CAUSE